**FILED**

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

JUN 1 0 2020

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | No. **20 CR 292** |
| v. | ) | |
| | ) | Violation: Title 18, United States |
| DERRICK JACKSON | ) | Code, Section 922(g)(1) |
| | ) | |

JUDGE GETTLEMAN

MAGISTRATE JUDGE FINNEGAN

The SPECIAL JANUARY 2019 GRAND JURY charges:

On or about March 28, 2020, at Chicago, in the Northern District of Illinois,
Eastern Division,

DERRICK JACKSON,

defendant herein, knowing that he had previously been convicted of a crime
punishable by a term of imprisonment exceeding one year, did knowingly possess, in
and affecting interstate commerce, a firearm, namely, a loaded Ruger model P89dc
9mm pistol bearing serial number 304-73229, which firearm had traveled in
interstate and foreign commerce prior to defendants' possession of the firearm;

In violation of Title 18, United States Code, Section 922(g)(1).

## FORFEITURE ALLEGATION

The SPECIAL JANUARY 2019 GRAND JURY further alleges:

1.      Upon conviction of an offense in violation of Title 18, United States Code, Section 922(g), as set forth in this Indictment, defendant shall forfeit to the United States of America any firearm and ammunition involved in and used in the offense, as provided in Title 18, United States Code, Section 924(d)(1) and Title 28, United States Code, Section 2461(c).

2.      The property to be forfeited includes, but is not limited to, a Ruger model P89dc 9mm pistol bearing serial number 304-73229, and associated ammunition.

A TRUE BILL:

_____
FOREPERSON


_____
UNITED STATES ATTORNEY

2